United States District Court
Northern District of California

1

2

3

4                  UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA

6

7    REBECCA TRINIDAD,                    Case No. 25-cv-06328-JST

                 Plaintiff,
8
                                          **ORDER DENYING EX PARTE**
9        v.                               **MOTION FOR TEMPORARY**
                                          **RESTRAINING ORDER AND**
10   OPENAI INC., et al.,                 **PRELIMINARY INJUNCTION**

                 Defendants.              Re: ECF No. 7
11

12

13          Now before the Court is Plaintiff Rebecca Trinidad's Ex Parte Motion for Temporary

14   Restraining Order and Preliminary Injunction, ECF No. 7.  Trinidad asks the Court to order

15   Defendant OpenAI, Inc. to cease use of Trinidad's intellectual property and preserve and produce

16   several categories of documents.  The Court will deny the motion.

17          Pursuant to Federal Rule of Civil Procedure 65(a)(1), a court "may issue a preliminary

18   injunction only on notice to the adverse party."  While the Court has the power to issue an ex parte

19   TRO, the movant must show "that immediate and irreparable injury, loss, or damage will result to

20   the movant before the adverse party can be heard in opposition" and certify the "efforts made to

21   give notice and the reasons why it should not be required."  *Henry Schein, Inc. v. Cook*, 191 F.

22   Supp. 3d 1072, 1076 (N.D. Cal. 2016) (quoting Fed. R. Civ. P. 65(b)(1)).  Trinidad has not made

23   such a showing.

24          Trinidad asserts that "[a]n ex parte TRO is necessary because providing notice to

25   Defendants would almost certainly result in the immediate destruction or alteration of critical

26   evidence" and that "[t]his certainty is based on Defendant's established pattern of bad-faith

27   conduct and active evidence suppression."  ECF No. 7 at 2.  Litigants are generally obligated to

28   maintain and preserve all documents, data, and tangible things that may be related to ongoing

1    litigation, pursuant to Federal Rules of Civil Procedure 26(a) and 37(e).

2    　　　　The Court finds that the facts that Trinidad offers to establish OpenAI's "pattern of bad-

3    faith conduct"—that OpenAI allegedly disabled her paid services and fired members of certain of

4    its teams—are insufficient to justify issuance of an ex parte TRO, a step that "courts have

5    recognized very few circumstances justify[]" "[b]ecause the concept of reasonable notice and an

6    opportunity to be heard is so fundamental to our jurisprudence." *Reno Air Racing Ass'n, Inc. v.*

7    *McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006).

8    　　　　For the foregoing reasons, the motion for TRO is denied without prejudice.

9    　　　　**IT IS SO ORDERED.**

10    Dated:  July 31, 2025

11

12    　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2