BENJAMIN D. MARGO, CA State Bar No. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone:  (212) 999-5800
Facsimile:  (866) 974-7329
Email:  bmargo@wsgr.com

*Counsel for Defendant*
*OpenAI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>        Plaintiff,<br><br>   v.<br><br>OPENAI, INC., et al.,<br><br>        Defendants. | Case No.: 4:25-cv-06328-JST<br><br>**DECLARATION OF BENJAMIN D. MARGO IN SUPPORT OF DEFENDANT OPENAI, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Before:    Hon. Jon S. Tigar<br>Date:      October 23, 2025<br>Time:      2:00 PM<br>Courtroom: Zoom Webinar<br><br>Action Transferred:  July 30, 2025<br>(ECF No. 11) |

I, Benjamin Margo, hereby declare as follows:

1.    I am an attorney duly licensed to practice in California and in this Court. I am senior counsel at the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and represent Defendant OpenAI, Inc. ("OpenAI") in this matter. I submit this Declaration in Support of OpenAI's Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify fully and accurately thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of OpenAI's "Terms of Use" in effect from December 11, 2024 to the present. The text of the Terms of Use is publicly available at https://openai.com/policies/terms-of-use/.

I declare under penalty of perjury under the laws for the United States that the foregoing is true and correct. Executed this 20th day of August 2025, in New York, New York.

 _/s/ Benjamin Margo_
Benjamin Margo

DECLARATION OF BENJAMIN D. MARGO         -1-         Case No.: 4:25-cv-06328-JST