UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>    Plaintiff,<br><br>    v.<br><br>OPENAI INC., et al.,<br><br>    Defendants. | Case No. 25-cv-06328-JST<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 35 |

Before the Court is Plaintiff Rebecca Trinidad's motion for temporary restraining order, ECF No. 35.

Because Trinidad has not shown that "immediate and irreparable injury, loss, or damage will result to [her] before the adverse party can be heard in opposition," Fed. R. Civ. P. 65(b), the Court will deny her request for a TRO and proceed with the hearing on Trinidad's motion for preliminary injunction, ECF No. 19, on October 23, 2025.

**IT IS SO ORDERED.**

Dated:  September 5, 2025



JON S. TIGAR
United States District Judge