UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>      Plaintiff,<br><br>v.<br><br>OPENAI INC., et al.,<br><br>      Defendants. | Case No. 25-cv-06328-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions, the case management conference scheduled for December 2, 2025 is continued to March 3, 2026 at 2:00 p.m.  Updated case management statements are due February 24, 2026.

**IT IS SO ORDERED.**

Dated:  December 1, 2025

_____
JON S. TIGAR
United States District Judge