UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S NOTICE

The court has reviewed the referral and determined that no cases are related and no reassignments shall occur.

Dated: January 12, 2026

By: _____
Dianna Shoblo, Deputy Clerk