UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>    Plaintiff,<br><br>v.<br><br>OPENAI INC., et al.,<br><br>    Defendants. | Case No. 25-cv-06328-JST<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: ECF No. 80 |

Before the Court is Plaintiff's application to proceed in forma pauperis on appeal to the Ninth Circuit. ECF No. 34. The Court will deny the motion.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C.A. § 1915(a)(3). An appeal is taken in good faith "[i]f at least one issue or claim is found to be non-frivolous." *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court dismissed Trinidad's First Amended Complaint ("FAC") with prejudice because it failed to allege elements of each of the four causes of action. ECF No. 74. For instance, Trinidad brought a copyright infringement claim, but nowhere in the complaint or in her briefing did she allege that she had registered any relevant copyrights. *Id*. at 5. Likewise, she alleged a violation of the Defend Trade Secrets Act, but the allegations in her complaint showed that she voluntarily disclosed the alleged trade secrets to OpenAI. *Id*. at 6. The Court also found that the factual basis underlying her claims—that she innovated great improvements to ChatGPT by interacting with it as a user—was not plausible. *Id*. at 10. Not in her opposition to the motion to dismiss, nor in a subsequent motion for reconsideration, nor in her notice of appeal, did Trinidad identify any legal or factual questions warranting an appeal. ECF Nos. 44, 79, 81. The Court also

notes that Trinidad's notice of appeal raises legal and factual issues that, while meritless, were also not raised before the district court.  ECF No. 81.

In light of the above, it is the judgment of this Court that Plaintiff's complaint is frivolous, as it "has 'no arguable basis in fact or law.'"  *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984)).  Because appeal of the dismissal is not "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3), the motion for leave to proceed in forma pauperis on appeal is denied.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**IT IS SO ORDERED.**

Dated:  February 4, 2026

_____
JON S. TIGAR
United States District Judge