UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA TRINIDAD, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> OPENAI, INC., A DELAWARE COPORATION and DOES, 1-10, <br><br> Defendants - Appellees. | No. 26-721 <br><br> D.C. No. 4:25-cv-06328-JST <br> Northern District of California, Oakland <br><br> ORDER |

Appellant has not filed a statement explaining why the appeal is not

frivolous and a motion to proceed in forma pauperis, as ordered by this court on

February 10, 2026.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT